UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nou L.,                                          Civ. No. 26-2881 (PAM/ECW)

             Petitioner,

v.                                                              **ORDER**

Markwayne Mullin, Secretary,
Department of Homeland Security; Todd
Blanche, Acting Attorney General; David
Venturella, Acting Director, Immigration
and Customs Enforcement; and David
Easterwood, Acting Director, St. Paul
Field Office, Immigration and Customs
Enforcement;

             Respondents.

---

This matter is before the Court on the parties' Joint Notice of Voluntary Dismissal. (Docket No. 9.)   Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2026                    s/ *Paul A. Magnuson*
                                       Paul A. Magnuson
                                       United States District Court Judge